1

2  Northern District of California 19-cv-7218

   Original Case initiated in the Southern District of New York  19-cv-2169

3  Transferred to the Supreme Court of New York – 190502/2020

4

5

6  **Northern District of California**

7  **Supreme Court New York**

8  **Stanley Mosk Court California**

9

10

11  United States                          )          Matter subject to Federal Jurisdiction
    MMI LAW Inc                            )          Before the Supreme Court of New York
12  Nurbu Lama                             )          1905/2020/ Affidavit of Counsel Meettook
13  Namygyal Dhondhup                      )
14  Zambala Inc                            )
                                           )
15  Against                                )
16                                         )
17  New Century Foundation inter alia      )

18

19

20  I Kiran Meettook ESQ hereby state under oath that this matter filed in the Southern District of New

21  York is now subject to the jurisdiction of the Supreme Court the bundle attached herein.  The online

22  filing with respect to this Court has been an issue since November and we are still in the process of

23  resolving same.  Since November and till present dates I receive e-mails of pertaining to a voluntary

24  dismissal of Plaintiffs action with respect to an intellectual property matter pertaining to a different

25  case however added to the docket of this case that has been transferred to the Northern District of

26  California.   I received another e-mail this morning purporting that it came from the police

27  station.  The Cyber Crime units will be notified of same.

28

1

Yours Truly

2

3

4

**/S/K. Meettook ESQ**

5

6

**January 28 2020**

7

8

9

**MMI LAW Inc**

**244 5th Avenue**

10

**Suite A 151**

11

**New York**

**New York**

12

**10001**

13

**USA**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF NURBU LAMA

1  Nurbu Lama

2  99 Wall Street

3  Suite 594

4  New York City

5  New York 10005

6  E-mail: nurbulama999@gmail.com

7

8

9                          Superior Court Of LA

10                            Stanley Mosk

11

12  United States                        )   Case No.:BC644069
    Mmi Law Inc                          )   Case No: BC517398
13  Nurbu Lama                           )
    Namygyal Dhonhup                     )   Remove to Supreme Court
14  Zamabala INC                         )   Index #: **150902/2020**
                                         )
15               Plaintiff,              )
                                         )
16  v.                                   )
    New Century Foundation Members       )   **AFFIDAVIT OF NURBU LAMA**
17  Yuan Miao                            )   _____
    Angela Chen                          )
18  Emilia Wang                          )   –
    Wu Hong                              )
19  David Holland                        )
    Craig J Beauchamp
20  Tom Moore
21  Douglas Petttibone
22  Winston Mckesson
    Inter Alia
23

24

25               Defendants,

26  _____

27

28
                                    1
                        AFFIDAVIT OF NURBU LAMA

I Nurbu Lama resident of New York hereby state under oath that till date I have not received the following from the Plaintiffs in this matter and the Defendants in the Federal matter and Respondents in the Supreme Court matter:

1.The Ex Parte Orders inclusive of the service of documents made to the Court Ex Parte and service of Orders granted inclusive of ex parte communications with the Bench too;

2. The Order of May 24 2019 that purportedly kept this case in Stanley Mosk Court;

3. The deposition of Wu Hong made in 2014 and copies of the deposition I gave, in which I had to travel from the East Coast to the west Coast as per their dictates;

4. The entire client billing records made by Defendants Beauchamp and Pettibone for New Century Foundation, Emilia Wang and Wu Hong as they claim to be taking these cases on a pro bono basis and do advertise their practices on the basis of same;

5. As of May 2019 this matter of Wu Hong was scheduled to be dismissed by the Plaintiffs. My request to remove this to the Federal Court in March 2019 made the Defendant Beauchamp take drastic measures to pursue it, to the extent to provide perjured evidence before a Judge in Chambers in the Mother Court.   It is imperative that all the Ex Parte communications she and Douglas Pettibone has made on this case and the Emilia Wang case be disclosed forthwith

6. We seek further clarification as to why the cross claim to New Century Foundation was struck out without my instruction of same;

7. Please provide all the documents on the docket sheet as from 2013.  This is now a matter before several authorities and we seek full disclosure of all documents;

AFFIDAVIT OF NURBU LAMA

8. The Defendant Beauchamp set a trial date for January 30 and today she sends the trial brief by e-mail.  This brief that she provides corroborates the Complaint made in the Federal court and will be now be included as evidence before the relevant authorities and the Supreme Court.  The matters pleaded in the Complaint are entirely false and the graphic details they provide is corroborative of the fact that the drafters of the document may be guilty of same;

9. Defendant Wu Hong will not be coming from China to attend the trial in California,   it makes no sense for me to travel to California from my residence in New York, to attend another sham proceeding bought by the New Century Foundation.  Defendant Beauchamp has been the attorney for both Emila Wang and Wu Hong who are both members of New Century Foundation.  The abuse of the equitable doctrine of the ex parte and the presentation of fake evidence in Court is their specialty and only area of practice it seems.

10. On the Court dockets it accuses me of wrongful death, however till date I have not been provided with the particulars as to whom has died.   This pleading submitted by Defendant Beauchamp proves beyond reasonable doubt let alone on the balance of probabilities that the New Century Foundation has orchestrated this public mischief as part of a larger conspiracy which they started since 1999 and 2011 utilising the institutions of the USA Judiciary;

11. At all material times I trusted the lawyers that belong to the California Bar Association however each time it seems that they become party to the conspiracy.  The docket sheet states that I had provided for jury instructions however at trial there was no jury.  Why does the docket sheet state that I filed for jury instructions? Trial was preceded without jury and without transcript.

12. Please see all the Affidavits I submitted till date on this matter.  Till date none of them have been responded with the information requested.  This matter is now a Federal matter and will be dealt with accordingly.   We seek production of all these documents forthwith especially the ex parte

communications made without my notice, the pleadings and official bundles submitted to Court since 2013 till present date.

13. I noticed an official entry made on the Emilia Wang case in April of last year, this was not communicated to me.   We request Defendants Beauchamp and Pettibone to provide all the documents on the docket pertaining to that case too.  This would be added to the Supreme Court case served with this Affidavit as it corroborates the contents herein.

14. As with their pattern at play that has been evidenced throughout all proceedings.  The Judgment rendered from the Emila Wang sham trial was a copy and paste from ex parte communications that were not thrashed out or deliberated before a jury and without a Court transcript in place.   Entirely as per the dictates of the former CCTV director the then leader of the New Century Foundation of China. This case of Wu Hong had been scheduled to be dismissed as of May 2019.   Defendant McKesson had communicated this to me early last year and that he could not bring a cross claim on this matter and this was the tradeoff that was reached with him losing the appeal and communicating same to me only after six months.    The transcripts of the appeal pertaining to the Emilia Wang he still has not provided.

15. Defendants Emilia Wang case and Wu Hong were one case then they later separated and transferred one to Northern California, they transferred one back to Stanley Mosk.  In the pleading she claims she came to California at the request of the head of New Century Foundation  Yuan Miao to provide a deposition for the Emilia Wang case and then waited until 2016 to later initiate the case once they obtained a successful verdict on the Emilia Wang case.  Both matters should be moved to the Supreme Court index number: 150902/2020 as it concerns residents of China against a resident of New York who claims to be too sick to fly to the USA.  The Supreme Court has the requisite jurisdiction to hear this matter and is more suited to hear this claim.

AFFIDAVIT OF NURBU LAMA

1

2    Yours Truly

3

4

5

6    DATED: January,28.2020

7                                                                    */S/ N. Lama*
                                                          _____
8                                                              Nurbu Lama

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF NURBU LAMA



# 244 5TH AVE SUITE A 151
# NEW YORK, NY 10001

## PHONE:917-858-873
## km@mmilaw.org
## nurbulama999@gmail.com
## zambalainc@icoud.com

Petition To Supreme Court 01/22/2020

From: **km** km@mmilaw.org
Subject: Fwd: NYSCEF Alert: New York - Other Matters - Civil Forfeiture - 150902/2020 (UNITED STATES et al v. NEW CENTURY FOUNDATION et al)
Date: January 27, 2020 at 1:20 PM
To: Nurbu Lama nurbulama999@gmail.com



Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: efile@nycourts.gov
Date: 1/27/20 9:41 AM (GMT-05:00)
To: km@mmilaw.org
Subject: NYSCEF Alert: New York - Other Matters - Civil Forfeiture - <ASSIGNMENT OF INDEX NUMBER> 150902/2020 (UNITED STATES et al v. NEW CENTURY FOUNDATION et al)



# New York County Supreme Court Assignment of Index Number 01/18/2020

## Please Note

You must serve the appropriate Notice of Electronic Filing in hard copy along with your commencement documents, all of which must bear full signatures. Proof of service of these documents must be e-filed as well. See our Forms page to select the appropriate notice to be served.

On 01/27/2020, at 9:41:59 AM, an index number was assigned to the case listed below.

## Case Information

Index #: **150902/2020**
Caption: **UNITED STATES et al v. NEW CENTURY FOUNDATION et al**
Assigned Case Judge: **No Judge Assigned**

## Documents Received

| Doc # | Document | Received Date |
|---|---|---|
| 1 | PETITION<br>We have amended the document to list the Parties that are respondents to the action and interested Parties at our end there doe not appear the option to correct this on the system. At the time of filing only companies were permitted on the system.<br>Please assist us with updating the system. The main Parties are New Century Foundation and its members. Facebook and Godaddy requested Court Orders to remove fake material so in that respect they have been included, so that the Orders can direct same. | 01/18/2020 |
| 2 | EXHIBIT(S)<br>Exhibits to support summary judgement in lieu of complaint | 01/18/2020 |
| 3 | RJI -RE: OTHER<br>Summary Judgement in lieu of complaint | 01/18/2020 |

## E-mail Service Notifications Sent

| Name | Email Address |
|---|---|

KIRAN MEETTOOK km@mmilaw.org

## Payment Information

**Fee Paid:** $305 | **Date:** 01/18/2020 | **Method:** AMERICAN EXPRESS | **Authorization Code:** 207022

## Filing User

**KIRAN MEETTOOK** | km@mmilaw.org

**NOTICE:** *This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.*

***If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.***

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71


UNITED STATES

MMI LAW INC                                    INDEX NO: 150902/2020

NURBU LAMA

NAMYGYAL DHONHUP

ZAMABALA INC

          PETIONERS

       AGAINST                          **VERIFIED PETITION**

NEW CENTURY FOUNDATION MEMBERS

YUAN MIAO

ANGELA CHEN

EMILIA WANG

WU HONG

DAVID HOLLAND

CRAIG J BEAUCHAMP

TOM MOORE

DOUGLAS PETTIBONE

WINSTON MCKESSON

          RESPONDENTS

INTERESTED PARTIES:

CALIFORNIA BAR ASSOCIATION

JUDICIAL AUTHORITIES USA

JUDICIAL HOUSE COMMITTE

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71


UNITED STATES                                              Index No**: 150902/2020**

MMI LAW INC

NURBU LAMA

NAMYGYAL DHONDUP

ZAMABALA INC

                        Petitioner

Against


NEW CENTURY FOUNDATION et al                    **VERIFIED PETITION**


                        Respondent(s)


TO THE SUPREME COURT OF NEW YORK, COUNTY OF NEW YORK this petition put forward by
the petitioners residents of New York and Taiwan respectively. This petition is provided in
compliance with the e-mail of the Supreme Court received today January 21 2020 at 12:21
which requests a petition and a particularisation of the Defendants to the Summary
Judgment in lieu of Complaint submitted last week January 18 2020.  Please treat this as one
document that accommodates the request of the Court.    We have been requesting the
organisation plan of the New Century Foundation since April 2019, this will shed more light
on all the members of the Defendant organization. Till date they have not provided same.
The following are the members and/or accomplices of the Defendant New Century
Foundation that assists the organization with its objective to provide a cloak of deceit on all
that come in contact with it.  They have made a product of a representative in most

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

traditions that rests at the centre of their lineages and religions and that is the image of the Divine Mother which is central to Sanatana Dharma; Tibetan Buddhism; Catholicism inter alia and they have utilised the USCIS and the USA Judiciary as instruments for their conspiracy which started in 1999 to establish from China in the USA a new world order and teach their propaganda of world domination by 2050 utilising established faiths and the intellectual property of the USA.   Their next layer of conspiracy started in 2011 to initiate fake cases in the Courts of California and destroy the immigration of legitimate residents of the United States of America.  This same pattern of play continued in 2019 till present day with the case 1:19 cv 2169 which was filed in the Southern District of New York seeking relief in the cease and desist of the exploitation of their property and return of the property belonging to the Petitioners as well as divestiture and disgorgement pertaining to the unjust enrichment; anti trust/ RICO behaviour complained of.     This pleading served on March 10 2019 and the Order of Summons part 71 special proceeding was served on April 23 by the US Marshals as of April 17 2019 the United States became a Plaintiff to the action.

The Particularisation of the Defendants that carry out the intention of the New Century Foundation are as follows:

1)   Yuan Miao – from China claims to be an incarnation of Divinity and disrobes monks in the process;

2)   Angela Chen – claims to be a lawyer and entraps monks in the organization;

3)   Emilia Wang – from China initiates fake cases in the Courts of California;

4)   Wu Hong – from China initiates fake cases in the Courts of California;

5)   David holland – from California carries out the intention the Organization and provides fake evidence in Court;

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

6) Craig j Beauchamp – A member of the California Bar that claims to work on a pro bono basis on behalf of the New Century Foundation, abuses the ex parte motions;

7) Tom Moore   – A member of the California Bar Association that initially represented the Petitioner Lama and then ended up working for the organization his actions dictated,

8) please see the Summary Judgment in lieu of Complaint filed with the Supreme Court on January 18 2020 for the requested information still pending from him.

9) Douglas Pettibone – A member of the California Bar Association that works on behalf of the New Century Foundation and provides pleadings to the Court of California that are entirely fake;

10) Winston Mc Kesson – A member of the California Bar Association that initially represented the petitioner Lama and then ended up working for the organization by the name of New Century Foundation, his action dictate, please see the Summary Judgment in lieu of Complaint filed with the Court on January 18 2020 for the information still pending from him

11) Facebook – a social media platform that is at the mercy of its users.  A vehicle it has become for the publication of fake news, information and children and the vulnerable joining dangerous cult groups.  They request Court Orders to remove fake information from their sites.  We seek an Order requesting these platforms to use their powers of discernment.  Many lives are destroyed in the abuse of the social media;

12) Go Daddy – a great company that provides domains again at the mercy of its users.  A domain by the name of lamanorbu.com was purchased to publicise fake news and content on it.   The petitioners sought the removal of the domain and information of the purchaser.   Go Daddy stated that this has to remain anonymous it was what the purchaser paid for.  We seek an Order requesting whom the purchase of this domain was

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

and for a reminder to these organization to be weary of whom to provide their platforms to.

13) New Century Foundation – set up from China to the USA to brainwash students of gathering recruits for a new world order commencing in 2050.  Tibetan Buddhism and Sanatana Dharma and now the Judicial instruments of the USA are used as the vehicle for their propaganda.

Facebook and Go Daddy together with the New Century Foundation and its members and accomplices are Defendants of this action. This is a formal petition for relief to grant the summary judgment in lieu of Complaint dated the 15 of this month January 2020 and the Orders contained herein in this verified petition.

Summary of Complaint:

The matter of Lama has presented the following issues that the petitioners plead the Court for relief from the tyranny of the New Century Foundation.     A serious breach of national security this reveals and it is time we wake up to this reality.   The Court docket sheets are being manipulated through the abuse of the Ex Parte motion; The machinery of the judiciary is weaponized to place the Plaintiffs in exile within their own land.  The Defendants and their predecessors are in a habit of exploiting the property of the Plaintiffs and placing the Plaintiffs in exile.  In this respect we request the Defendants to cease in this practice and to stop weaponising the Judiciary to persecute the innocent by initiating fake cases and spreading fake news utilising the online platforms hosted by Facebook and Go Daddy inter alia.  These organisations require Court Orders to remove the fake and negative content, in this respect they have been included in the Complaint.  The discernment between truth and untruth is a challenge for many corporations and weaponising our judicial and governmental

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

institutions is now a common practice at play.  Due to the infiltration of foreign organisation culture that is antithetical to the values enshrined in our Constitution of the United States of America.

Summary of Merits

The Question of Jurisdiction is Moot.  Please refer to page 3 of the Summary Judgment in lieu of Complaint submitted to the Court January 18 2020, the Petitioners move the Supreme Court with its unlimited jurisdiction that can hear any claim without the unnecessary battle to demonstrate geographical nexus Spinnell v Doris P.C. 155 MISC 2d 147, 589 NYS 2D 743.

Further the Defendants in this matter have already established sufficient ties with the state of New York to make it reasonable and just and in conformity with the due process requirements of the 14th Amendment that does not offend traditional notions of fair play and substantial justice International Shoe v Washington 356 U.S. 310 1945, in fact to hold otherwise in light of the actions of the Defendants with its mastery in manipulation in weaponising our institutions would offend traditional notions of fair play and substantial justice.

Further their acceptance of service of the Documents and their continued participation of their conspiracy in the Courts of New York has meant that the Defendants have ' purposefully availed' themselves to the forum and venue of New York.   Therefore Due Process is not violated as their actions of pubic mischief dictate that they purposefully availed them to the jurisdiction of the Court of New York, once they started this public mischief against residents

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

of same. Burger King v Ruzwicz 471 U.S. 462 1985. The due process clause of the New York

Constitution protects its citizens from such violations.


Moreover a Court that has ordered the transfer or removal of a case to another Court

relinquishes subject matter jurisdiction over the case and may not entertain any motion with

respect to it Falcon v Hagedron Fordham Rd INC 183 AD 2d 413, 583 N.Y.S 2d 268 (1st Dept 1992).

Judge Woods had transferred this matter as of July 9 2019 to the State court of California

Stanley Mosk.  The Petitioners' requests to transfer the case to the Court of the White Plains

in proximity with the Ministry of Justice were denied.  In fact the Magistrate who proceeded

without consent stated that Meettook ESQ had no authority to appear and submitted

documents without ECF Filing privileges.  The appeal in the Second Circuit is later dismissed

after USD 1000 was paid to hear it.  Magistrate Freeman provides a report Judge Woods then

endorses it and transfers it to Northern California stating that he denies the in forma

paupers appeal.  Since when does the payment of USD 1000 constitute an in forma pauperis?

The contract with the Court to hear this dispute implies that there has been breach of the

implied obligation for good faith and fair dealing.  The Judicial Conference of the state of

New York CPLR 107.   The acceptance of the repudiation of this contract has been

communicated to the Court since September 2019.


Any Action taken in the original Court before transfer or removal should be treated with the

same respect that it would have been entitled to receive had it taken place in the receiving

court whether the transfer is pursuant to statutory or constitutional authority.   In this

respect the transfer was made without any authority.  It is prayed that it would not meet the

same treatment in the Supreme Court and that as of May 2019 the Defendants have been in

default in the Mother Court.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

The relief we seek:

1)  As per the Order of Summons 1:19 cv 2169 April 17 2019 served by the US Marshal as of April 23 2019 an Order prohibiting the publication of fake news;

2)  As per the Order of Summons 1:19 cv 2169 April 17 2019 served by the US Marshals as of April 23 2019 an order to cease and desist in the use and exploitation of the Plaintiffs property;

3)  As per the Order of Summons 1:19 cv 2169 April 17 2019 served by the US Marshals as of April 23 2019 an order to return all property pertaining to the Plaintiffs failing which the respective Governments on behalf of the Petitioners would be authorised to take same;

Together with the relevant Bar Authorities and Judicial Authorities to investigate the abuses in our Judiciary and Immigration by foreign corporations.    These foreign parties, foreign to the values and traditions of the United States of America provide false evidence in pleadings letters and Affidavits through ex parte motions before the Court.  Obtain Judgments based on same then publish this online to continue to exploit the property of the Petitioners without any legal justification or cause.  This is their pattern at play.    Through the same pattern of the abuse of the ex parte and the fake news they obtained two orders from the Southern District of New York to transfer this Federal court matter to the State Court of California.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

Then another Order received in November denying the Petitioner any due process of law and appeal and transferred the case to the Northern District of California and other than an email stating that this matter has been set for voluntary dismissal, in which upon sending an email from the Counsel, they stated this was done in error, we have not received any of the official documents pertaining to this transfer or the transfer done in July 9 2019 to the state court of California as these Orders were premised solely on ex parte communications in which the Petitioners were not privy to.

The damages caused by the breaches in the complaint of March 2019 are set for in Judgment in Default at USD 33 000 000 for Nurbu Lama Namygyal Dhondhup and Zamabala Inc and the damages for the United States USD 45 000 000.   This was set in April 2019 we are now in January 2020 with interest and further damages accruing till this date.    On this aspect of quantum we would invite a panel to deliberate on same before a jury or a panel pursuant to special proceedings 71 of the Civil Procedure Rules.

MMI LAW Inc became a petitioner after the initiation of this case the website was unhooked, the ECF filing privileges denied; the online banking and credit systems manipulated, hard drive stolen and admission to the Second Circuit still pending.  The facts of the matter are corroborative of a serious issue and breach of national security by parties that are foreign to the values enshrined in our Constitution.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

Attached hereto as Appendix are copies of all relevant authorities documents showing the Petitioners' right to win this case, including determinations that have a bearing on this case and/of which petitioner herein complains.  These documents are:

The Summary Judgement in lieu of Complaint dated January 15 2020 filed January 18 2020.

Affidavit bundle with the documents submitted in the Southern District of New York and Second Circuit Court of Appeals containing:

Affidavit of Counsel Kiran Meettook ESQ dated August 30 2019 that was submitted to the second Circuit on behalf of the Plaintiffs and the United States via writ mandamus declamatory judgment and appeal of the matter tracking number provided till date no response provided by the Court of the Second Circuit.  ECF filing and physical filing were later denied by the Court and documents were prevented from filed online or filed physically in the office, two visits were made one of September 23 and the other on October 18, the appeal was later dismissed, without justification or cause.

Affidavits of Lama Nurbu from March 5 2019 to present day January 22 2020 filed in the Courts of the Southern District of New York and in California.

Affidavit of Namygyal Dhondup on behalf of Zambala Inc dated February 9 2019 included in this bundle and Affidavit of January 17 2020.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71


Exhibit A

1) Meettook ESQ Constitutional Oath of office to protect and safeguard the Constitution held at NEW YORK Empire State Plaza Building Albany admission to the New York Bar January 22 2009 certificate of Meettook ESQ.   As per the Orders of the SDNY they deny ECF filing privileges; disconnect pro hac vice admissions; deny the appearance of Meettook ESQ as Counsel in this matter; infer in their reports that Meettook ESQ is not counsel belonging to the New York Bar.

2) United States District Court Southern District of New York April 12 2019 Certificates of Admission;

3) Letter of Appearance on this case 1:19-cv-2169 dated April 15 2019;

This is offered to prove that Counsel has standing to appear but was refused filing access and ECF filing privileges as stated by Magistrate Freeman in her Order of August 14 2019 and report and recommendations.


Exhibit B

This is the document provided by the Southern District of New York that shows us that as of March 11 they had decided that this matter be dismissed or transferred and that they provide the gavels to decide on behalf of the Defendants in this matter.  A trial by jury was what was paid for by MMI LAW Inc however this is the decision and the manner in which a decision was rendered without any due process of Law.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71


Exhibit C

This is an email dated October 10 2011 an email of extortion from the New Century Foundation tilted serious matter.  This e-mail is proof of the conspiracy that started in 2011 sent by the secretary of the New Century Foundation instructing Emilia Wang also known as Amelia Wang to send to an extortion letter to Lama to pay New Century Foundation and to enslave him further into the organization so he does not leave.   This starts the conspiracy of the fake cases and fake news that start from 2011.


The E-mail dated May 2009 from Fay Wang to Sylvia secretary of Swami Athma Chaithanya is proof that all e-mails of Yuan Miao and the e-mail love sutra lama that they created for him lovesutralama@gmail.com is controlled by Yuan Miao.  The mastermind behind the initiation of the fake case conspiracy and fake news conspiracy.


Two months after Lama left the organization New Century Foundation publicly announced on the internet and sent to all the students they connected with.  They said that the Board of Directors are shocked to learn that Lama Norbu has been found guilty of serious allegations of sexual misconduct have been made against him by female students.  They stated they dismissed him from the organisation.   However the truth is that he had fled from the organisation realising their claims of enlightenment to be untrue and his intellectual property of the the Lama tradition had provided legitimacy to their sham organisation. This announcement is dated November 22 2011.  Nurbu Lama left the organisation in October 2011.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

A third announcement NCF sent to Lama's dharma brother they used an e-mail they created lovesutralama and sent it to the mailing list of all contacts alleging sexual misconduct of the Petitioner.  This is dated <u>September 2 2013</u>.  The same pattern of their conspiracy.

The book Love Sutra Lama, they wrote using his picture and name to bring legitimacy to their organisation they call New Century foundation.  This element of the claim bought with it breaches of copyright; unfair competition and breaches of industrial design.  Free trade does not allow that one should be allowed to appropriate the fruits of another labour whether they are tangible to intangible.    This organization has used the images of an incarnation sacred to many tradition, as well as the image of Lama Nurbu with his Monk robes to publish their propaganda.

Email dated <u>March 21 2014</u> from Tom Moore who was representing Lama on this case of Emilia Wang that had commenced in 2013 in the Courts of California.   This e-mail further corroborates the conspiracy at play as Wu Hong from China provides a deposition in favour of the Emilia Wang case and then initiates a case in 2016 on rape and wrongful death.    Lama Nurbu was not permitted to be at the deposition and till date he is not provided with a copy of same.  Wu Hong in 2016 then initiates a case of rape and wrongful death, the wrongful death of whom, till date has not been communicated to the Petitioner Lama Nurbu.   The Attorney on the case refused to cross claim on the case stating it would be dismissed.  To prevent the dismissal of their Wu Hong case requests were made by the Peitioners to transfer it as part of the current matter in the Southern District of New York case.  The docket sheet states in the Minute Order the ex parte made by the Defendant Beauchamp to deny the removal was denied, on the docket sheet it states it was granted as of May 24.  Till date

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

service of this Order has not been made on the Petitioner by the Defendant Beauchamp.  This is a stark discrepancy which till date has not been clarified.

The next letter is proof that in <u>March 11 2013</u> the same year that Emilia Wang launched a case against Nurbu Lama.  Emilia Wang and Yuan Miao purchased a house together in Las Vegas. These letters corroborate that Emilia Wang and Yuan Miao are partners in crime, this evidence was not permitted to be presented in the Court of California along with the e-mail of 2011 that plans the conspiracy owing to the practice at play where the attorneys form part of the conspiracy of the New Century Foundation either through greed or lack of competence. For in Court they had maintained that they were separate entities not one.

<u>Exhibit D</u>

These are print outs from the website <u>lamanorbu.com</u> created by the Defendants.   They illegally utilise the pictures of Lama Norbu in which they downloaded from the internet and built this website and allege sexual assault and rape together with President Trump, our Commander in Chief.  This is online on the world wide web since 2016.

The next document corroborates that since that time they have used Facebook to continue with their attack.  Under all his pictures of Nurbu Lama they input comments in English and Chinese that are false and defamatory and link this with the LA Court.  Implying that the LA Court validates their fake claims.  Facebook cannot take this down they state.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

The next letter is July 25 2016 ABCNEWS Wire and Digital Journal and the stock market news. This has links with the lamanorbu.com website.   The Defendants Pettibone and Beauchamp advertise their success in winning a case on false evidence and obtaining and an Order thereof.  They utilise words such as found guilty of sexual assault and battery against Emilia Wang.   In reality this never occurred.    This news prevented Nurbu Lama's citizenship application from being approved alongside the retention of the immigration file in California. The Immigration was delayed for a period from 2016 to 2019 as result.  They use this case to grow their practices just as the New Century Foundation used the property of the Lama to grow their enterprise as their predecessors did before them.

The next letter dated January 27 2016 from Beauchamp seeking enforcement of judgement and payment on an Order they obtained utilising fake evidence and committing the crimes of perjury.

Exhibit E

Order of Judge Woods July 9 2019 sending a Federal court claim of New York to state court in California on the basis of ex parte communications he received from Defendant Beauchamp in the case.  The issue here is a Defendant can submit a letter ex parte to the Judge and have this filed online and an Order obtained thereof.   However a Counsel of the Lama Matter, a member of the Bar and Mother Court would have ECF filing privileges denied and letter of Appearance struck out and deleted from the Court docket.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

The first page of the Report and Recommendations of Freeman in breach of the civil rights Act which prohibits private businesses from discriminating against persons because of their race, ethnicity and religion.   This first page proves a discriminatory approach to the petitioners, denies the appearance of Meettook Esq, refuses to acknowledge the surname of Lama inter alia.

Order of Judge Woods October 28 2019 served to Plaintiff Nurbu Lama received November 25 evidence in the Notice of Appeal before the court, denying the petitioners due process of law and alleging their claims to be filed in forma pauperis,  which is entirely incorrect and that any attempt at appeal would be made in bad faith.  Please see the fees paid till date at page 9 of the Summary Judgement in lieu of Complaint, an updated table of fees would be provided when the issues of quantum are being decided.

The next document is the Summons and the Order of Summons issued by the court and served as of April 23 by the US Marshal.   It contains all the names and addresses of the accomplices Defendants to this conspiracy of this action.

This is followed by the Clerk's certificate of Default of May 22 2019 which till date the Southern District of New York has not commented upon nor the Order of Service by Publication which was submitted at that time.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

This is followed by the proof of service by personal service does on March 10 2019.   The Defendants New Century Foundation, Yuan Miao and Emilia Wang.  The process server George Reeves describes his ordeal in serving the Defendants on the previous day of March 9 2019 he was forcefully escorted outside by the New Century Foundation.  Emilia Wang until today has not responded to this, she was served with Yuan Miao and the New Century Foundation on stage at UCLA.

A prior application has not been made to the Supreme Court for the relief requested herein save in so far as it was made to the Southern District of New York but they have stated they do not have jurisdiction to hear the claim, from an internal report they circulated in March 11 2019.   Further arguments pertaining to the claim are contained in the Summary Judgment in lieu of Complaint filed with the Supreme Court as of January 18 2020.

Wherefore it is prayed that this Court grants:

1)  An enforcement of the Orders of April 17 2019 preventing further abuse of the property of the Petitioners, the spreading of the fake news and the due compensation for the harm done.

2) The Summary Judgment in Lieu of Complaint filed January 18 2020 in which the Defendants are in breach of the Complaints therein of March 5 2019.

3) The Commencement of the Taking Back of the property of the Petitioners pursuant to Part 71 and any other relief as the Court may find just and equitable.

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71


VERIFICATION


Kiran Meettook ESQ being duly sworn, deposes and says:

I am the Petitioner.  I have read the foregoing Petition and know the contents thereof.  The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.  To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstance, the presentation of these papers of the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

_____ Signed

Sworn to me before this Day:
JANUARY 22, 2020

_____

Notary Public August 31, 2023

Kiran Meettook ESQ

MMI LAW INC

244 5th Avenue

Suite A 151

New York

New York

10001

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71


VERIFICATION


Nurbu Lama being duly sworn, deposes and says:

I am the Petitioner.  I have read the foregoing Petition and know the contents thereof.  The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.  To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstance, the presentation of these papers of the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).


_____Signed

Sworn to me before this Day:

JANUARY 22, 2020

Notary Public August 31, 2023

Nurbu Lama
99 wall Street
Suite 594
New York
New York
10005

SUPREME COURT OF THE STATE
OF NEW YORK
COUNTY OF NEW YORK
Special Proceeding 71

VERIFICATION

Namygyal Dhondup on behalf of Zambala Inc being duly sworn, deposes and says:

I am the Petitioner. I have read the foregoing Petition and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstance, the presentation of these papers of the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

_____Signed

Sworn to me before this Day:

JANUARY 22, 2020

Notary Public  Aug 31, 2023

Please copy Counsel Meettook ESQ in all matters

IN THE SUPREME COURT OF NEW YORK
AT IAS 44
STATE OF NEW YORK
60 CENRE STREET NEW YORK
OCOTBER 15 2019

United States
MMI Law Inc
Nurbu Lama
Namygyal Dhonup
Zamabala Inc

Versus

New Century Foundation
Et al

Summary Judgment in lieu of Complaint

The Defendants have no Reasonable prospect of success in a trial as they are in Default of

the claim filed since  March 08 2019 19cv02169 and the Default period commenced as of April /

May 2019.

They are in default of the first claim since April and the Amended Complaint sent with

Summons since May 2019.  The motion for Default Judgment and publication is still pending

with the Court of the Southern District of New York.

Essence of the Claim before the Court

The unauthorised exploitation of the Defendants property tangible and intangible is the

claim at issue here.  As of May 2019 the Defendants are in default of a part 71 claim served to

them with the Summons issued on April 17 2019 by the US Marshals.

Page 1 of 15

The Conspiracy at play revealed by their pattern of behaviour that is destructive to the values enshrined in this land.  The Conspiracy started in **1999** with the setting up of the organization in the USA to exploit persons of faith to the Divine Mother and who needed assistance with the Law of our land.  Their associates claimed to be lawyers and incarnations of the divine Mother.  Monks were disrobed in this organization and they are from a lineage where this cannot be rescinded.  The second layer of their conspiracy started in **2011** to initiate false cases in the Courts of California and meddle with the USCIS in California.  Files that were meant to the in the East Coast were deliberately stalled in California and fake cases entered in the Courts of California to stall the citizenship application process of the Plaintiff Nurbu Lama in this case.  This limb of their conspiracy utilised the USCIS and the California Courts. The investigation of this case revealed the abuse of the ex parte motion and the manipulation of the docket system.

The third layer of their conspiracy, is essentially the same game they play.  This started in **2019**.  In this case it was not only the manipulation of the docket and abuse of the ex parte and the public mischief of the provision of fabricated evidence but also the unhooking of the Counsel from the system.

For it is the duty of counsel to protect.  The counsel of the Plaintiffs, is currently not permitted to make an appearance before the Courts on behalf of the Plaintiffs in the Courts of California, in the Mother Court nor the Second circuit.  No alternative is left but to submit this Summary Judgment in lieu of Complaint to assist the judicial branch of the Government of the United States, a Plaintiff to this action, with the evidence and the Law that has been put before the Courts of California and the Courts of the New York and the Courts of D.C.  in this respect.

Jurisdiction of the Supreme Court to hear this matter

The Plaintiffs move this claim to the Supreme Court by virtue of the New York Sate Constitution NY Const. art VI S.`9(a) and under the CPLR 325 (a); Spinnel v Doris L. Sassover P.C. 155 Misc. 2d 147, 589 NYS 2d 230 (NYC Civ CT 1992). The Authority this provides for the Court to hear any claim claim without the unnecessary battle to demonstrate the geographical nexus required. The unlimited jurisdiction of the Supreme Court permit the Plaintiffs to commence and/or transfer the matter to the Supreme Court by virtue of the Rule of Law contained herein. The relief sought relate to Federal questions and controversies.

The matter filed in the Southern District of New York in March 8 2019 USD 400 paid by MMI LAW and served via personal service to the Defendants as of March 10 2019. After several attempts on March 9 2019, the Service Agent served the Defendants in the Assembly Halls at UCLA California. The Affidavit of service has been filed and docketed as of April 2019. The Defendants have been in default of the matters stated in the Complaint for failure to serve an Answer on the Plaintiffs as of April 2019.

The Pro Hac Vice Admission USD 200 paid request of the Counsel and the ECF filing privileges of the Counsel on file were unhooked from the Court system. This rendered the electronic system sporadic and emails that were sent to Lama Nurbu were not sent to the Counsel of record. The Court and chambers were on notice of this fact since April 2019. E-mails and letters of correspondence to corroborate the aforesaid were submitted to them and this matter is still under investigation. The Court have yet to provide a reason behind the unhooking of Counsel from the system as this matter is still currently under investigation, we presume.

Requests to transfer this matter to the District Court of White Plains and DC in the vicinity of the Department of Justice were accordingly refused.  The Court with the Jurisdiction to hear this dispute is the Supreme Court, therefore.

April 17 Judgment in Default

Judgement in Default was refused by the Court on the grounds that a Summons was not issued at the outset.  The staff at the Court requested that a motion for the issuance of a summons be filed.  The letter of Appearance filed by the Counsel, attached herein as **Exhibit A** was filed in Court but not permitted to be filed online.   After three hours of deliberation at the pro se office on April 17 2019 the Summons was finally issued.

Summons and Special Proceeding

The Summons was served with the Amended Complaint which moved the action into a special proceeding pertaining to Part 71 special proceeding. This pleading annexed as Exhibit C requested the Defendants to cease in the exploitation of the property of Plaintiffs and placed the Defendants on notice that all property pertaining to the Lama tradition will be taken back.  This document was served by the US Marshals as of April 23 2019 and docketed on file.

May 2019 Judgment in Default

The Defendants were in default of this as of May 2019, for failing to file a response. Judgment in Default was refused on the basis that Plaintiffs had to prove the service by the US Marshals.  The evidence was refiled with the judgment in Default and a motion to publish the order was requested.  This request is pending till date.

July 9 2019 Order

In July 9 2019 an Order was received which remanded this Federal action to the State Court of California.  E-mails of this Order was sent to the Plaintiffs Nurbu Lama only stating warning case is closed.  This was not sent to the Counsel of record and the Staff at the Court are on notice of this fact.   Unfortunately the Order was based on the provision of an ex parte communication by one of the Defendants to Chambers.  The Defendant did not file this online nor make an order of appearance in accordance with the Rules.   Yet the contents of the ex parte made it to the Order of July 9 2019.

August 2019 Order

The order by the Court of August deleted the entires of the Counsel of record and MMI LAW from the record and confirmed that ECF filing privileges were not granted to her to file online, by virtue of the fact that the letter of appearance was not filed online.  Till date they failed to answer why the online system was unhooked and the disparity in the communication between the departments of the Court.

An appeal of this matter was filed before the Second Circuit Court.  The deadline to file the submission of the appeal stipulated by the Court to be August 30 2019.   Requests to activate the online filing for this Court were denied so the appeal was filed via writ mandamus.

Appeal at the Second Circuit

Writ Mandamus filed August 30 2019

USD 500 paid tracking number 1ZE22E53221005876 provided and till date no response from the Court in respect to the claims stated herein.

September 23 2019

ECF filing refused and documents were not permitted to be submitted in person.  The Court requested another USD 500 to not dismiss the appeal they stated until the PHV motion was reviewed and granted by the Court, the Plaintiffs were not permitted to file any document including the requisite forms that were compulsory to be filed.  These forms were submitted at the Court that day.  The staff refused to take it and the conversations are memorialized till this day.

October 2019

E-mails are received that the appeal is dismissed for the failure to file the requisite forms that were submitted on September 23 2019 that day.   The Court is on notice of this fact that they refused to take in the forms that day.     The same pattern repeats itself the unhooking of the filing system and the dismissal/transfer of the matter.

Page 6 of 15

E-mails are received that day that the Magistrate has submitted a report and recommendations of the matter and sent to only Nurbu Lama.   The Counsel of record Meettook ESQ not permitted to go on record by the Mother Court.   Till date no official documents pertaining to the second circuit appeal or the dismissal thereof have been sent to the Plaintiffs including the counsel of record.

November 2019

E-mails are sent that case has been transferred to the Courts of California Northern district this time.  The official documents pertaining to this transfer are still pending from the Court. On November 25 documents were received with an Order stating that the report and recommendations were adopted in its entirety.   The report prepared by a Magistrate that requires the consent of the Plaintiffs to proceed, did proceed without consent of the plaintiff in this case. Rule 28 USC section 636(c); Federal Rule Civ 73(b)(1).

 The Report and Recommendations laden with error it is for it states that the Plaintiffs Nurbu Lama, Namygyal Dhonup and Zambala Inc are unrepresented, the letter of Appearance was deleted, for Meettook ESQ and MMI LAW is signed on the docket as of March 2019.  In conflict with the Civil Rights Act this is as the Magistrate is blindfolded to the identity of the Lama in this case.  Referring to everyone else by their family name she merely refers to him  as Nurbu without acknowledging the name Lama given to him by his Mother.  The only nation this day that places the Mother on the throne and carry her name is the town from where Nurbu Lama is from.  The surname Lama given by his Mother.  Please request the writers of these documents not to disrespect it because it was given by the Mother and not the Father.

The Report is further laden with errors and the foremost is that the Plaintiffs did not consent to proceeding with a Magistrate.  The document does not explain why she proceeded without consent.   The report further confuses the parties and only makes generalisations on the Complaint and 2 Affidavits submitted in March 2019, limiting the reasoning in this respect as the case has organically grown since then and is now a special proceeding with the Defendants in default since May 2019.  The essence of the claim is to prevent the exploitation of the property of the Plaintiffs.

The Order received in November denies any appeal to the Order alleging that it would not be done in good faith and states that in forma paupers is denied for the purpose of this appeal. This is another error as an application for in forma paupers was never made to the Court. The properties of the Lama are rich and this claim is seeking relief from the unauthorised exploitation of their property, without their consent.   Again this mistake is the result of reliance of ex parte communications.    The docket may have been manipulated by the Defendants that blindfolded the ones making the Orders.   The communication channels within the Court need a vetting and an investigation of this matter.

Payments made till date with the Court

| MONTH | YEAR | USD | PURPOSE |
|---|---|---|---|
| MARCH | 2019 | 400 | COMPLAINT FILING |
| MARCH | 2019 | 200 | PRO HAC VICE FEES |
| AUGUST | 2019 | 500 | WRIT MANDAMUS SECOND CIRCUIT |
| SEPTEMBER | 2019 | 500 | APPEAL SECOND CIRCUIT |

Service Filing Fees

| MONTH | | | |
|---|---|---|---|
| MARCH | 2019 | 750 | PERSONAL SERVICE IN THIER HANDS |
| MARCH - JANUARY 2020 | 2019 - 2020 | 239.07 | Online filing fees and service via agent one legal |
| APRIL | 2019 | 1008 TBC | US Marshals |
| | | | |

The Payment of a filing fee constitutes consideration for a valid contract that are premised on the exchange of promises.  A trial by jury the Plaintiffs paid for, a decision by a clerk made on March 11 2019 they received.   Deciding for the Plaintiffs that this matter should be dismissed or transferred.  **Exhibit B**.


The California matter a serious issue for the Bar Authorities


E-mails were received that the matter transferred to the Northern District of California were set for voluntary dismissal.  After the Plaintiffs sent an e-mail requesting the service of these documents and requesting filing access they were removed as an incorrect filing.  This matter was at first thought to be trivial to mention however the study of the docket sheet of the two cases in California reveals that there is a serious RICO/Anti trust behaviour prevalent here with the manipulation of the docket sheet.


The two cases that were conspired by the organization since 2011.  Evidenced by an e-mail of the founder sent to her pawns.  **Exhibit C** This e-mail talks of initiating these fake cases.  The recipient of the e-mail Emila Wang initiates a fake case of sexual assault in 2013 and depositions of lady by the name of Wu Hong (Second case against Lama) are taken in the

same year.  The Plaintiff Nurbu Lama is not permitted to be part of this process.  Till date his first California lawyer has not provided him with:

1) The Depositions;  (Wu Hong's Depositions taken in La 2014)

2) The Settlement he proposed with the adviser party, that was the adverse party;

3)  Copies of the interrogations;

4) An explanation as to why he could not put forth the best evidence of the case;

5) He refused to speak regarding the matters that transpired at trial, this was conducted on perjury and falsified evidence. He had the cross complaint dismissed without authority from the Plaintiff.

6) An explanation as to why the docket sheet has insertions that Plaintiff Nurbu Lama requested a jury instructions when both him and the Lawyer of the foundation Beauchamp and Pettibone stated that the trial would be proceeded without transcript and without jury;

7) An explanation pertaining to the entires of service at the San Ramon police station that are on the docket with the case numbers struck out.


Fake news with the stamp of Law were consequently published online utilising facebook and Go Daddy with the purchase of domain names such as lamanorbu.com.  lama norbu Warning Facebook 2016 pictures with Lama and President Trump alleging sexual harassment see **Exhibit D**. and Go Daddy require Court Orders to remove the said content.   In this respect Facebook and Go Daddy were added to the pleading as their platforms have been utilised to perpetuate this fraud, conspiracy and crime.   As result he has spent the last six years traveling from the coast of the East to the West to have the matter decided in his name without his involvement or voice.

Page 10 of 15

The second case of Wu Hong she had a deposition in 2014 but her case was initiated in 2016 and served on Nurbu Lama when he was starting a life away from the organization.  This case alleged rape, personal injury and wrongful death against a lady he never met.  Till date the official documents have not been sent to him, but docketed on the online docket sheet these are.  This case was scheduled to be dismissed as of May 2019.  This was the tradeoff that was reached with his second California Bar lawyer.  The appeal of the Emilia Wang case to be lost and the Wu Hong case to be dismissed.  Till date he is unaware as to whom the wrongful death is of.

The same pattern of behaviour is at play here.  Input false data into the machinery of the judiciary and publish it online on a world wide web attack against the practitioners of established faiths.  The consequences of such actions are imprisonment, we hope that the Defendants are aware.

With respect to his second Attorney Defendant Kevin McKesson Plaintiffs are still awaiting the following answers:

1) Why he concluded a settled statement of what transpired at trial without the involvement of the Plaintiff?

2) Why he waited until after six months to inform him that the appeal was lost and that he would be sanctioned by the judiciary if he proceeded with it?

3) Why he was denied to bring a cross claim stating that the case of Wu Hong would be dismissed? Inter alia.  Till date Plaintiff Nurbu Lama is awaiting the official documents pertaining to the trial.

The Defendants Beauchamp and Pettibone have been party to this case since its inception.  Defendant Beauchamp stated in her ex parte communication to the Court that she is a pro bono lawyer.  Both of these lawyers have been advertising the Court verdicts obtained by

perjury to lure clients to their practices.   **Exhibit E** They are requested to provided all their client billing files relating to the matter New Century Foundation; Yuan Miao' Emilia wang and Wu Hong and to answer the question as to why they have been initiating false cases on a pro bono basis.  It seems that the Lama Plaintiff was an easy target and they wanted the online advertising.   Defendant Beauchamp continued with her practice of abuse of the ex parte and obtaining orders based on same.

She failed to respond to the filed claim in which she is a Defendant too.  Instead she sent in a document to the Judge in chambers ex parte that was filed online stating that the Wu Hong matter had been scheduled for trial as of May 2019 and was only stalled as result of the proceedings initiated in the Southern District of New York.   This is perjury as it is on the record that this matter was scheduled to be dismissed as of May 2019.   To prevent the dismissal of this case the Plaintiff requested that it be transferred to the Southern District of New York case.   Requests were sent in March, April and May via the Stanley Mosk Court thought the agent of service by the name of One Legal.

Till date we are awaiting the service of the Order that retained the case in the Stanley Mosk Court of California.  The Minute Order on the docket sheet states it was denied and another entry on the docket sheet states it was granted.  There is a disclaimer on the site that hosts these documents that they are not to be considered as official.

California Bar Association

The California Bar Association have been placed on notice with respect to this matter and Plaintiffs are still awaiting a reply from them.

FOIA

The FOIA request too is still pending for a copy of the immigration file that will be added with these proceedings.  These fake cases were used to play the citizenship application of Plaintiff Nurbu Lama and the file was kept in California, in one e-mail that was submitted to the Court in April it stated that it had to be kept there due to the close connection with China and that office.  The United States is a Plaintiff in this matter and would like its institutions of the judiciary and the USCIS to be free from foreign organization corruption and invasion.

Requests for the following documentation are still pending from:

Stanley Mosk

1) Requested since August copy of the Order that the case is retained in CA;

2) Copies of financial accounts of the pro bono lawyers in this case;

3) The CA Bar Association and the Judicial authorities of California are interested parties to this case and should be copied into the matter too.

Southern District of New York

1) The Ex Parte communications that were sent in chambers;

2) Official documents pertaining to the transfer and the appeal of August;

3) Explanation of the denial of the ECF filing privileges and unhooking of the Counsel from the system.

The May 17 2019 Judgment in Default addressed the following laws pertaining to the Complaint which the Defendants are in default of since May:

Pursuant USC Title 8 405

USC 18 Section 1964 (a)

USC 15 Section 1 of the Sherman Anti Trust Act

Section 4 Clayton Anti Trust Act USC 1`55

USC Title 18 1623

Till date the Court has not addressed this nor the evidence provided in the Affidavits of Nurbu Lama of April 10 and May and November.   The two Orders received are based wholly on ex parte communications the language dictates same.  Please refer to the page 6 above on the fees paid till date for a platform to resolve this dispute.   As from September we communicated that the actions constitute a repudiation thereof and hence the matter is bought in the Supreme Court of the State.

Free trade does not allow that one should be allowed to appropriate the fruits of another's labor tangible or intangible.  The Law is still striving to provide full protection to same and may be limited in some respects to the intangible but it can protect the intangible expressed in words or print and it does so by virtue of copyright, unfair competition and industrial design.  The appropriation of the image of another to exploit for profit goes against the copyright rules on infringement on the rights of the Plaintiffs this is.  The property of the plaintiffs tangible and intangible are at stake here, moreover the ethics that is played out here.  Given the sensitivity of the matter we refrained to publish, but till date no one has come forth with a resolution of same, which leaves us no alternative but to open it up for world wide debate.

It is illegal to use the image and property of another without their permission the lineages of these traditions are at stake here as well as their lands and the amended complaint that was served by the US Marshals in April provided a part 71 claim to the taking back of their property tangible and intangible.

<u>The Defendants do not share the following ideals their actions dictate</u>

We the people of the United States in order to form a more perfect union, establish Justice,

form a more perfect union, insure domestic tranquility, provide for common defense

promote the general welfare and secure the blessings of liberty to ourselves and our

posterity do and establish this Constitution of the USA.  Every rule or procedure must be

interpreted with this at it heart.   At the heart of the United States Constitution is the DUE

PROCESS CLAUSE of the 14th Amendment witch states:

'nor shall any state deprive any person of life, liberty or property without due process of law

The basic requisite of due process is a meaningful opportunity to be heard. Boddie v

Connecticut 401 US 371, 377 91 S.Ct 780, 785, 28L. ED 2d 113, 118 1971). This opportunity to be

heard remains a lively ingredient of concepts as varied as provisional matters, to remedies

Carey v Sugar 425 US 73, 96S. CT 1208 47 L ED 2d 587 1976.   The State of New York too has its

Due Process clause.   By virtue of the State and Federal Constitutions therefore this matter

has to be heard. Enshrined in our rights it is.


In Solidarity with the Truth

/S/K. Mettoook ESQ

MMI LAW INC
244 5th Avenue
Suite A 151
New York
New York
10001
JAN 16 2020