UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NURBA LAMA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEW CENTURY FOUNDATION, et al.,<br><br>    Defendants. | Case No. 5:19-cv-07218-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 58, 62 |

On February 24, 2020, United States Magistrate Judge Jacqueline Scott Corley issued a Report and Recommendation that the District Judge dismiss Plaintiffs' action for failure to prosecute. *See* Order of Reassignment; Report and Recommendation to Dismiss for Failure to Prosecute ("R & R"), Dkt. No. 62. Specifically, Judge Corley found that Plaintiffs have failed prosecute and respond to court orders pursuant to Federal Rule of Civil Procedure 41(b) and that "at least four" of the *Henderson* factors supported dismissal. *Id.* (citing *Henderson v. Duncan*, 779 F.2d 1421 (9th Cir. 1986)). Judge Corley also noted that to the extent Plaintiffs had appeared through counsel, this appearance was improper because Plaintiffs' counsel had neither made a formal appearance on behalf of any Plaintiff nor been admitted *pro hac vice* (as required by his out-of-state bar license). *Id.* at 2 n.1.

On February 25, 2020, the case was reassigned to the undersigned. *See* Dkt. No. 63. No objections to the Report and Recommendation have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law and, therefore,

Case No.: 5:19-cv-07218-EJD
ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE

1

adopts the Report and Recommendation. The Court **DISMISSES** Plaintiffs' action with prejudice for failure to prosecute and **TERMINATES** the motion for default judgment (Dkt. No. 58). The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 26, 2020

EDWARD J. DAVILA
United States District Judge